UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ORONA, on behalf of minor M.S.R., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 08-1183 JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: January 4, 2010

                                                   /s/

                                       Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE